**Dwight C. BROWN, Plaintiff—Appellant,**

v.

**TRITON SECURITY; Mike Fingerhut; Joy Appleby, Vice President, Defendants—Appellees.**

No. 05–2318.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 27, 2006.

---

Dwight C. Brown, Appellant Pro Se. Abbey Gail Hairston, Jessica Regan Hughes, Seyfarth Shaw, LLP, Washington, D.C., for Appellees.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight C. Brown appeals the district court's order dismissing his action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. Triton Security*, No. CA–04–1544–1 (E.D. Va. filed Oct. 19, 2005 & entered Oct. 21, 2005). We grant Appellees' motion to strike Brown's reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*